IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD L. MILLER, JR.,

        Plaintiff,                  No. CIV S-07-1646 LKK EFB P

vs.

JANE WOODFORD, et al.,

        Defendants.          FINDINGS AND RECOMMENDATIONS

/

       Plaintiff is a state prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On July 11, 2008, the court found that plaintiff's allegations were sufficient to state a claim against defendants G. Costra and Huckabee for use of excessive force and against defendants R. V. Cox, L. Dial and James for deliberate indifference to his serious medical needs. That order informed plaintiff he could proceed against those defendants only or file an amended complaint that also states a claim against defendants Sergerstrom Kathleen J. Adams, R. J. Leo, Michael Roche, Banner Lassen Medical Center, the Director and Chief Medical Officer of Banner Lassen Medical Center, Felker and Woodford. The court also informed plaintiff that the court would consider his decision to proceed only as to defendants Costra, Huckabee, Cox, Dial and James as consent to the dismissal of the other named defendants. On July 24, 2008, plaintiff returned documents for service against defendants Costra, Huckabee, Cox, Dial and James.

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's claims against defendants Sergerstrom Kathleen J. Adams, R. J. Leo, Michael Roche, Banner Lassen Medical Center, the Director and Chief Medical Officer of Banner Lassen Medical Center, Felker and Woodford be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  November 13, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2