IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD L. MILLER, JR.,

        Plaintiff,                     No. CIV S-07-1646 LKK EFB P

    vs.

JANE WOODFORD, et al.,

        Defendants.            <u>ORDER</u>

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his service documents pursuant to the court's December 18, 2008, order. *See* Fed. R. Civ. P. 6(b).

       Plaintiff's January 20, 2009, request is granted and plaintiff has 60 days from the date this order is served to submit the appropriate service documents.

       So ordered.

DATED: January 28, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE