IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD L. MILLER,

        Plaintiff,                  No. CIV S-07-1646 LKK EFB P

    vs.

JANE WOODFORD, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On January 7, 2009, February 27, 2009, and March 9, 2009, plaintiff filed discovery requests, including requests for the production of documents, requests for admissions, and a set of interrogatories

        Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

        Accordingly, the court will not consider plaintiff's January 7, 2009, February 27, 2009, and March 9, 2009, discovery requests when considering any motion to compel currently

1

pending or which he might file in the future. He must comply with the Federal Rules of Civil Procedure and the Local Rules of this Court if he moves to compel responses to his discovery requests. Insofar as this order requires him to file an amended motion to compel so that his February 11, 2009, motion to compel complies with all applicable rules, he has twenty days from the date this order is signed to do so.

So ordered.

Dated: April 1, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE