IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD LEE MILLER, JR.,

      Plaintiff,　　　　　　　　　No. CIV S-07-1646 LKK EFB P

  vs.

JANE WOODFORD, et al.,

      Defendants.　　　　　　　　　ORDER
_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On July 16, 2009, defendant James filed a request for reconsideration of the magistrate judge's order filed July 13, 2009, taxing the cost of personal service on defendant. *See* Fed. R. Civ. P. 4.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

      Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed July 13, 2009, is affirmed.

Dated: September 17, 2009.

*(signature)*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT