IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD L. MILLER,

    Plaintiff,                   No. CIV S-07-1646 LKK EFB P

    vs.

SEGERSTROM, et al.,

    Defendants.          ORDER

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed a motion for court intervention, which the court construes as a motion for injunctive relief. *See* Dckt. No. 160.

    It is hereby ORDERED that, within 21 days of the date of this order, defendants shall file an opposition or statement of non-opposition to plaintiff's filing.

DATED: August 9, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE