IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD L. MILLER,

    Plaintiff,

vs.

SEGERSTROM, et al.,

    Defendants.

No. CIV S-07-1646 LKK EFB P

ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Gerald Miller, inmate # C-92075, a necessary and material witness in a hearing in this case, is confined in Calipatria State Prison, PO Box 5006, Calipatria, CA, 92233, in the custody of the Warden. In order to secure this inmate's attendance a Writ of Habeas Corpus ad Testificandum must issue commanding the custodian to produce the inmate before Magistrate Judge Edmund F. Brennan. Therefore, the inmate shall appear by videoconference, or, only if videoconferencing equipment is not available, by telephone, from his institution at the U.S. District Court, Courtroom No. 24, 501 I Street, Sacramento, California 95814, on Wednesday, September 14, 2011, at 10:00 a.m.

Accordingly, it is hereby ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum shall issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by videoconference,

or, only if videoconfercing equipment is not available, by telephone, at the time and place above, until completion of the hearing or as ordered by Judge Edmund F. Brennan; and

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Calipatria State Prison, PO Box 5006, Calipatria, CA, 92233:**

You have been ordered to produce the inmate named above to testify before the undersigned by videoconference, or, only if videoconfercing equipment is not available, by telephone, at the time and place above, until completion of the hearing or as otherwise ordered by the court.

Further, you have been ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

Dated: August 31, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE