1
2
3
4
5
6
7      **IN THE UNITED STATES DISTRICT COURT**
8      **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10  GERALD L. MILLER,                 )   CASE NO: 2:07-cv-01646-LKK-EFB
                                      )
11                 Plaintiff,         )   **SUBSTITUTION OF ATTORNEYS**
                                      )
12  v.                                )
                                      )
13  JANE WOODFORD, et al.             )
                                      )
14                 Defendants.        )
                                      )
15  _____)

16      Defendant ROGER COX, M.D. hereby substitutes the following counsel in place
17  of the State of California Attorney Generals Office:

18              Kathleen J. Williams, CSB #127021
                     WILLIAMS & ASSOCIATES
19              1250 Sutterville Road, Suite 290
                     Sacramento, CA 95822
20                      (916) 456-1122
                      (916) 737-1126 (fax)
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

1  Counsel for the other defendants and the plaintiff in this matter are requested to
2 direct all communications to the above-referenced address beginning immediately.
3 I consent to this substitution.
4 Dated: November 8, 2011              By: /s/Jill Scally
                                                            Jill Scally, Deputy Attorney General
5
6 I consent to this substitution.
7 Dated: November 7, 2011              By: /s/Roger Cox, M.D.
                                                            ROGER COX, M.D., defendant
8
9 I accept this substitution.
10 Dated: November 8, 2011              WILLIAMS & ASSOCIATES
11
                                                      By: /s/Kathleen J. Williams
12                                                         Kathleen J. Williams, CSB #127021
13 **IT IS SO ORDERED.**
14
15 Dated:  November 30, 2011.
                                                      EDMUND F. BRENNAN
16                                                    UNITED STATES MAGISTRATE JUDGE