**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERALD L. MILLER, | CASE NO: 2:07-cv-01646-LKK-EFB |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS** |
| v. | |
| JANE WOODFORD, et al. | |
| Defendants. | |

Defendant ROGER COX, M.D. hereby substitutes the following counsel in place of the State of California Attorney Generals Office:

> Kathleen J. Williams, CSB #127021
> WILLIAMS & ASSOCIATES
> 1250 Sutterville Road, Suite 290
> Sacramento, CA 95822
> (916) 456-1122
> (916) 737-1126 (fax)

///
///
///
///
///
///
///

1  Counsel for the other defendants and the plaintiff in this matter are requested to
2 direct all communications to the above-referenced address beginning immediately.
3 I consent to this substitution.
4 Dated: November 8, 2011          By: /s/Jill Scally
                                      Jill Scally, Deputy Attorney General
5
6 I consent to this substitution.
7 Dated: November 7, 2011          By: /s/Roger Cox, M.D.
                                      ROGER COX, M.D., defendant
8
9 I accept this substitution.
10 Dated: November 8, 2011         WILLIAMS & ASSOCIATES
11
                                  By: /s/Kathleen J. Williams
12                                    Kathleen J. Williams, CSB #127021
13 **IT IS SO ORDERED.**
14
15 Dated: November 30, 2011.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE