IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD L. MILLER,

      Plaintiff,                    No. CIV S-07-1646 LKK EFB P

    vs.

JANE WOODFORD, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel under 42 U.S.C. § 1983. Plaintiff filed several documents seeking court intervention in the medical treatment provided by his custodians. *See* Dckt. Nos. 160, 169, 175, 186, 189, 190. The court ordered defendants to respond to plaintiff's request. *See* Dckt. No. 161. Defendants complied. Dckt. No. 166. During its September 28, 2011 hearing, the undersigned discussed plaintiff's motions and ordered defendants' counsel to submit a declaration attesting to the status of plaintiff's health and current medical condition. Dckt. No. 184. Defendants complied. *See* Dckt. No. 187-2. Plaintiff then filed a request to withdraw his motions seeking court intervention, stating that he has now been seen by an outside hospital and does not want to "waste any more of the court's time on the matter." *See* Dckt. No. 195 at 1.

////

1

Following the court's September 28, 2011 hearing, but before the written order following the hearing was issued, defendants submitted a request for a discovery status conference. Dckt. No. 183. Defendants state that as they have "recently assigned counsel," they "wish to clarify the status of any outstanding discovery." *Id.* at 1-2. Plaintiff has not opposed this request or filed a statement of non-opposition. As the court's October 21, 2011 written order clarifies defendants' discovery obligations, and defendants do not explain what other outstanding discovery they wish to address in the proposed conference, the request is denied without prejudice.

Accordingly, it is hereby ORDERED that:

1. As plaintiff has withdrawn his motions for court intervention, the Clerk shall terminate docket entries 169 and 175.

2. Defendants' request for a discovery conference is denied without prejudice. *See* Dckt. No. 183.

DATED: January 9, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE