KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
JILL SCALLY, State Bar No. 161513
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-1042
  Fax: (916) 322-8288
  E-mail: Jill.Scally@doj.ca.gov
*Attorneys for Attorneys for J. Huckabee , G. James, M.D., L. Dial, M.D., and G. Castro*

WILLIAMS & ASSOCIATE
Kathleen J. Williams, CSB #127021
Lakeysia R. Beene, CSB #265078
  1250 Sutterville Road, Suite 290
  Sacramento, CA 95822
  Telephone: (916) 456-1122
  Fax: (916) 737-1126
*Attorneys for defendant Roger Cox, M.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD LEE MILLER, JR.,** | 2:07-cv-01646 LKK EFB (PC) |
| Plaintiff, | **ORDER FOR DISMISSAL OF DEFENDANTS JAMES, DIAL AND COX WITH PREJUDICE** |
| v. | |
| **JANE WOODFORD, WARDEN FELKER, ET AL.,** | |
| Defendants. | |

IT IS HEREBY ORDERED that, pursuant to the Stipulation to Dismiss with Prejudice of Defendants James, Dial and Cox pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice.

1  Each party shall bear their own costs, expenses and attorneys' fees and in this action.

2  IT IS SO ORDERED.

3  Dated: July 11, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT