BRADLEY, CURLEY, ASIANO,
BARRABEE, ABEL & KOWALSKI, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
Telephone: (415) 464-8888
Facsimile: (415) 464-8887

KEVIN M. SMITH, ESQ., SBN 97920

Attorneys for Defendant
STEVEN SEGERSTROM, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JANE WOODFORD, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:07-cv-01646-LKK-EFB<br><br>**ORDER FOR DISMISSAL OF DEFENDANT STEVEN SEGERSTROM, M.D.** |

　　　IT IS HEREBY ORDERED that, pursuant to the Stipulation to Dismiss with Prejudice of Defendant Steven Segerstrom, M.D., pursuant to Federal Rules of Civil Procedure 41(1)(1)(A)(ii), the above-captioned action is hereby dismissed as to Defendant Steven Segerstrom with prejudice.

　　　Each party shall bear their own costs, expenses and attorneys' fee in this action.

　　　IT IS SO ORDERED.


Dated: August 23, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 1 -

**ORDER FOR DISMISSAL OF DEFENDANT STEVEN SEGERSTROM, M.D.**

**PROOF OF SERVICE**

Case Name: *Miller v. Woodford, et al.*
Case Number: 2:07-cv-01646-LKK-EFB
Court: USDC, Eastern District of California

I, the undersigned, declare that:

I am a citizen of the United States, employed in the City and County of Marin. My business address is 1100 Larkspur Landing Circle, Suite 200, Larkspur, CA 94939. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with Bradley, Curley, Asiano, Barrabee, Abel & Kowalski, P.C.'s practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposition in a U.S. mailbox after the close of each day's business.

I certify that on August 13, 2012, pursuant to F.R.C.P. 5(b), I deposited in the United States mail, postage prepaid, a true copy of the document entitled:

**ORDER FOR DISMISSAL OF DEFENDANT STEVEN SEGERSTROM, M.D.**

and addressed as follows:

| |
|---|
| **LEGAL DOCUMENTS ENCLOSED**<br>Gerald Miller, Jr., C-92075<br>KERN VALLEY STATE PRISON<br>P.O. Box 6000<br>Delano, CA 93216 |

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made. Executed **August 13, 2012**, at Larkspur, California.

_____
Angela Judge

BRADLEY, CURLEY, ASIANO, BARRABEE, ABEL & KOWALSKI, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 2 -

**ORDER FOR DISMISSAL OF DEFENDANT STEVEN SEGERSTROM, M.D.**