
1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  PETER A. MESHOT, State Bar No. 117061
   Supervising Deputy Attorney General
3  JILL SCALLY, State Bar No. 161513
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 324-1042
6    Fax: (916) 322-8288
     E-mail: Jill.Scally@doj.ca.gov
7  *Attorneys for Attorneys for J. Huckabee , G. James,
   M.D., L. Dial, M.D., and G. Castro*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD LEE MILLER, JR.,** | 2:07-cv-01646 LKK EFB (PC) |
| Plaintiff, | **ORDER FOR DISMISSAL OF DEFENDANTS HUCKABEE AND CASTRO WITH PREJUDICE** |
| v. | |
| **JANE WOODFORD, WARDEN FELKER, et al.,** | |
| Defendants | |

   IT IS HEREBY ORDERED that, pursuant to the Stipulation to Dismiss with Prejudice of Defendants J. Huckabee and G. Castro (aka Costra) pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice.

   Each party shall bear their own costs, expenses and attorneys' fees and in this action.

IT IS SO ORDERED.

Dated: October 3, 2012

_[signature]_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

SA2008305666
31466370.doc

1