KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
JILL SCALLY, State Bar No. 161513
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-1042
 Fax: (916) 322-8288
 E-mail: Jill.Scally@doj.ca.gov
*Attorneys for Attorneys for J. Huckabee, G. James, M.D., L. Dial, M.D., and G. Castro*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD LEE MILLER, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**JANE WOODFORD, WARDEN FELKER, et al.,**<br><br>Defendants | 2:07-cv-01646 LKK EFB (PC)<br><br>**ORDER FOR DISMISSAL OF DEFENDANTS HUCKABEE AND CASTRO WITH PREJUDICE** |

IT IS HEREBY ORDERED that, pursuant to the Stipulation to Dismiss with Prejudice of Defendants J. Huckabee and G. Castro (aka Costra) pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice.

Each party shall bear their own costs, expenses and attorneys' fees and in this action.

IT IS SO ORDERED.

Dated:  October 3, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

SA2008305666
31466370.doc

1