UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LEE MILLER, JR., | No. 2:07-cv-01646-LKK-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| JANE WOODFORD, et al., | |
| Defendants. | |

     This prisoner civil rights action has been closed since October 4, 2012. Nevertheless, on September 13, 2023, plaintiff filed a letter directed to the undersigned magistrate judge. ECF No. 238. In the letter, plaintiff alleges that he is being denied medical treatment in retaliation for this court's findings and recommendations in this action. *Id.* He asks the court for an order compelling his medical treatment. *Id.* The court takes no action on this filing as this case is now closed.

     If plaintiff wishes to involve the court in any claim(s) that his First and/or Eighth Amendment rights are being violated by a retaliatory denial of medical care, he must file a new lawsuit asserting those claims.

/////

/////

/////

1

The court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: September 22, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE